ISIDORE TEITELBAUM, Respondent, v. HERMAN WALTUCH, Sued Herein as HARRY WALTUCH, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Upon a motion to change the place of trial in a transitory action, where the number of witnesses is about equal in each county, we think as a general rule it would be in furtherance of justice to try the case in the county where the cause of action arose, and we apply that rule in reversing this order. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

MARY T. WORTHINGTON, Plaintiff, v. PAUL B. WORTHINGTON, Defendant. — The decision of this motion will be withheld until Wednesday, November 21, 1917, and the moving party is directed, on or before that day, to furnish this court with certified copies of the order punishing the defendant for contempt, and the order of Tompkins, J., which it is claimed modified said order; and a statement of the amount that the moving party concedes to be due. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

GEORGE BAGDON, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Motion granted, and order signed. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

JOSEPH ELIAS, Respondent, v. PARAGON FILMS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc. Opening and Extending of West Twenty-fourth Street, etc.— Motion denied. (See *Matter of Brooklyn Children's Aid Society*, 166 App. Div. 852; 215 N. Y. 705.) Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

LILLIAN SMITH LEWIS, and Others, Appellants, v. DAVID F. BUTCHER and Others, Respondents. (Actions 1 and 2.) — Motions denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

ELISE PEDERSEN, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Motion to resettle order granted so as to direct that the costs when taxed shall be chargeable only upon any recovery that the plaintiff may hereafter obtain. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB WIDDER, Appellant.— Motion for reargument granted and case set down for Wednesday, December 5, 1917. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.